Submitted February 16, affirmed March 29, petition for review denied July 20, 2017 (361 Or 671)

In the Matter of A. J.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. J. J.,
*Appellant.*

Clackamas County Circuit Court
141162J;
Petition Number 141162J01;
A163080 (Control)

In the Matter of J. J.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. J. J.,
*Appellant.*

Clackamas County Circuit Court
141163J;
Petition Number 141163J01;
A163081

In the Matter of A. J.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. J. J.,
*Appellant.*

Clackamas County Circuit Court
141162J;
Petition Number 141162J02;
A163082

In the Matter of J. J.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. J. J.,
*Appellant.*

Clackamas County Circuit Court
141163J;
Petition Number 141163J02;
A163083

391 P3d 998

G. Aron Perez-Selsky filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

**PER CURIAM**

Father appeals a judgment terminating his parental rights to his son and daughter, challenging the juvenile court's determination that it was in the best interests of the children to terminate father's parental rights. *See* ORS 419B.500 (termination of parental rights must be in the best interest of the ward). He contends that the juvenile court erred in determining that terminating his parental rights was in the children's best interests because the children's adoptive parents will likely sever contact between the children and their paternal grandmother, which would be detrimental to the children's well-being.

A discussion of the facts in this case would not benefit the bench, the bar, or the public. On *de novo* review, ORS 19.415(3)(a), we conclude that the juvenile court properly terminated father's parental rights and termination is in the best interests of the children.

Affirmed.